RUDOLPH WEISS, Doing Business as BEVERLY PHARMACY, Appellant, v. MAYFLOWER DOUGHNUT CORP. et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

RAYMOND L. PACHECO, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARIE CAPRARO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

In the Matter of the Arbitration between MARLENE BLOUSE CORP., Appellant, and HAMILTON WEB COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

In the Matter of the Accounting of EDWARD LEVY, as Substituted Executor of LEE HEXTER, Deceased, Respondent. GEORGE W. WARNECKE, Appellant.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

SONIA DARAKJIAN, an Infant, by Her Guardian ad Litem, HAIG DARAKJIAN, Appellant, et al., Plaintiff, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ESKANDAR MANOO-CHEHRIAN, Appellant.— Judgment reversed and the information dismissed upon the ground that the guilt of the defendant was not established beyond a reasonable doubt. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ. Peck, P. J., and Bastow, J., dissent and vote to affirm.

ELFRIDA TURNBULL, Appellant, v. ALICE TURNBULL, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK P. DAMIANI, Appellant.— Judgment reversed and the information dismissed upon the ground that the guilt of the defendant was not established beyond a reasonable